(INND Rev. 12/23)                                                                page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-

JUL 24 2024

At _____ Chanda J. Berta, Clerk _____ M
DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

Coshawndra. M. Kelsaw
*[You are the PLAINTIFF, print your full name on this line.]*

v.

Fort Wayne Community Schools
*[The DEFENDANT is who you are suing.]*

Case Number **1 : 2 4 C V 3 0 2**

*[For a new case in this court, leave blank.
The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption.
Once you know your case number, it is VERY IMPORTANT that you include it on everything you send
to the court for this case. DO NOT send more than one copy of anything to the court.]*

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 6500 St. Joe Rd. Apt 708
Fort Wayne, Indiana 46835

2. My telephone number is: (260) 341-1625

3. The Defendant's address is: 1200 S. Clinton Street
Fort Wayne Indiana 46802

4. This action is brought for employment discrimination pursuant to:

   ◉ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
   *[race, color, gender, religion, national origin]*

   ○ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ◉ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ◉ Other: Wrongful termination

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the

   Indiana Civil Rights Commission on: 09 / 01 / 2022

6. The date on my Notice of Right to Sue letter is: May 1, 2024

7. The date I received my Notice of Right to Sue letter was: May 30th, 2024

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. FWCS refused to pay me as a Media Center Clerk; I was paid less as a school assistant while working in these areas.

2. FWCS tried to place me in a severe and profound classroom while I were on restrictions while under the care of a physician.

3. FWCS has made several falsely allegations against me, which lead up to this termination.

4. FWCS stated that they sent me a termination letter on August 5, 2021 by certified mail. In this letter it states that on or about November 8th, 2021 I alleged had a medical condition which prevents me from working in certain positions. I didn't learn about my termination until I went on FWCS public website. FWCS officially terminated me on August 5, 2022.

5. FWCS refused to pay me my unemployment during this time frame. I had to seek an attorney to get some of my unemployment.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

I would like FWCS to compensate me my correct pay for the times that I worked as a media center clerk. I also would like to get paid from the time November 2021 to up to my termination date. Last, but not least I'm asking for compensatory damages for pain and suffering. I also need information about my pension.

**FILING FEE** – Are you paying the filing fee?

◯ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

◉ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

*CM*  I will keep a copy of this complaint for my records.

*CM*  I will promptly notify the court of any change of address.

*CM*  I declare **under penalty of perjury** that the statements in this complaint are true.

_____          7-24-2024
Signature                                                          Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]